RHODE ISLAND FED COURT ——X

THE US GOV'T

V.

CHRISTOPHER X. BRODEUR &
THE UNITED STATES OF AMERICA ——X

[Obviously it's ILLEGALLY prejudicial to have "The People vs." or "The USA vs" b/c it's "THE STATE" vs. Me. Juries & taxpayers all back me up, which is why the STATE blocks my Speedy (or slow) trials in each false arrest; & they're blocking my Grand Jury for this same reason! *@#%..!!]

"URGENT"

RECEIVED
JAN 16 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

EMERGENCY HABEAS CORPUS & Writ OF Mandamus, etc

# 23-MJ-5635-JGD

Forgive typos. I've got 3 cell mates talking as loud as possible in a small cell, sigh. Ditto Sleep Deprivation galore.

① I'M A SEMI-FAMOUS POLITICAL CARTOONIST/JOURNALIST/ACTIVIST/STREET ATTY FROM NYC/NH (ex: 19 Articles on me in the NYTimes alone! Not all use my real name though.)(ex: I was known as Giuliani's #1 Enemy! So that Mobster/ex-U.S. Atty Jailed me falsely dozens of times to SHUT ME UP.) I RISK MY LIFE EVERY DAY TO TRY AND SAVE AMERICA from the Super-Mafia. (I'm a brilliant award-winning artist/musician/entertainer/etc, who used to tour the world thrilling endless audiences. I didn't NEED to use my skills for Political Activism! *@#%..!!)

② THE GOV'T (state & feds) HAVE ILLEGALLY JAILED ME (& robbed me & smeared me & tortured me) 51 TIMES WITH NO END IN SIGHT (& NO PROBABLE CAUSE!!) AND SUSPEND SPEEDY TRIAL, BAIL, ETC, ETC TO JAIL ME WITHOUT EVER NEEDING TO BACK UP THE FAKE CHARGES — SEE? (I've been Jailed for years on fake charges like "ATTEMPTED contempt" & "ATTEMPTED harassment" & "insults which could cause a fight"!! *@#%..!!)

③ 27-ISH TIMES, THEY JAILED & TORTURED ME (ETC)....ONLY TO DROP 100% OF CHARGES (!!) on DAY OF TRIAL or EVE of Trial! [Subtle!] I have ZERO Bill OF Rights protections! Help!

④ THE RARE TIMES THEY'VE FAKED "CONVICTIONS" (by Judges APPOINTED by Mayor Giuliani & other Mobsters?!!) NY APPEALS COURTS UNANIMOUSLY TOSSED OUT THAT LAWLESS GARBAGE. (!!) See any pattern yet?

⑤ NYC BLOCKED SPEEDY TRIAL (etc) EVERY MONTH FOR 5 YEARS.....on "B" MISDEMEANORS! Unprecedented!
NH JUST BLOCKED SPEEDY TRIAL (etc) EVERY MONTH FOR 4½ YEARS on "A" MISDs! Unprecedented!
[Then, exactly as I said ad nauseum in court from even before the arrests, NH DROPPED ALL 5 of 5 false arrests, in Nov/Dec 2023, on eve of trial. Subtle! SEE HOW INSANE THIS IS? Nazi Germany only lasted 12 years! I'm at 35 years of non-stop harassment/destruction by crooked Goliath!!]

⑥ I COULD LIST 10,000 MORE INSANE FACTS (which prove my claim that I'm being ILLEGALLY detained times 20) BUT I'VE GOT TO BE BRIEF & SUCCINCT.

⑦ MY CURRENT DETAINMENT IS VIA THE SAME LAZY, DIRTY TRICKS Herr Giuliani USED TO JAIL ME WITH NO BURDEN OF PROOF & ZERO RIGHTS [from Due Process or Speedy Trial to EFFECTIVE Counsel or FREE SPEECH]. [By contrast, the guy who stabbed me 8 times did ZERO days Jail pre-conviction & zero days POST-conviction! Ditto — many others who bloodied or robbed me! See any pattern yet?]....WHICH ALONE PROVES TOTAL BAD FAITH by the U.S. Atty & Magistrate Judge in BOSTON.
(★ See additional sheet included w/ this one, which lists many details PLUS 5 separate 1A legal arguments.)

⑧ IT'S EVEN OUTRAGEOUS (on many levels) (ex: Cruel & Unusual Punishment — like 13 hours in leg irons for bogus 5-minute hearings In Boston that could've been VIDEO court....but this is stalinism done to try and FORCE me to cop out for Time Served or to go to superior PRISONS, which are better than Jail) THAT I'M HELD IN A R.I. FED JAIL! (Plus I Just spent July – Dec in a FED hold in Dover, NH... where I have an apt.!! *@#%..!!) You put Jails NEXT to Courthouses so no need for drivers/gas/waste/etc, but our crooked gov't houses us in ANOTHER STATE to wear us down! cf. SIBERIA! *@#%..!!

⑨ YOU HAVE EVEN MORE JURISDICTION TO GRANT MY HABEAS.... B/c BOSTON FED COURT has shocking Conflicts OF Interest and can't go near my cases!! (ex: I'm charged w cartoons MOCKING the Chief Fed Judge IN THAT VERY COURTHOUSE! The Judges & U.S. Atty (Josh Levy)(aka Rachael Rollins Jr)(she resigned due to corruption!!) ARE FRIENDS/CO-WORKERS/UNDERLINGS of.... the ALLEGED VICTIM!! *@#%..!! Plus, THIS explains the illegal stunts they've done to BLOCK MY

→

★ Probable Cause Hearing [It's probable cause hearing etc.]
★ Detention (bail) Hearing [Probation guys were ready to release me before Xmas until — the "victim's" PALS postponed ANY detention hearing indefinitely!! SUBTLE!!]
★ MY GRAND JURY! [Boston correctly fears any GJ will NOT indict me for my funny & vicious cartoons cuz — 1A!]
★ MY SPEEDY TRIAL! [plus if I get to testify, the Jury will definitely NOT indict and I'll be RELEASED.]
[I called Ready For Trial on DAY 1. It's a simple case! We could do the trial NEXT MONTH.]

IF THEY FELT MY ARREST WAS LEGIT, THEY'D HAVE NO NEED TO CHEAT/LIE/STALL & COPYCAT RUDY TO PUNISH ME WITHOUT ANY DUE PROCESS OR "CONVICTION" — GET IT?

⑩ IF YOU GRANT MY HABEAS.... IT WON'T HURT THE BOSTON COURT'S/U.S. ATTY'S CASE AT ALL, SEE? [It will just obey the Bill OF Rights — by NOT punishing me w/o Due Process or WITHOUT a conviction.]
★ THEY CAN STILL JAIL ME ONCE THEY CONVICT ME (via speedy Trial) — SINCE THEY CLAIM THEIR CASE IS A SLAM DUNK.
★ IF THEY CONTINUE TO LIE TO ASK FOR A BASELESS COMP EVAL.... COOL: THEY CAN STILL DO THAT WITHOUT FALSELY JAILING ME PRE-CONVICTION. (Of course, I already gave the Boston Judge the CORRECT answers to the LATEST Comp Eval to prove there's NO GOOD FAITH or SINCERITY to the illegally baseless request; the POTUS is Biden; it's Jan 2024; the charges are 2 counts of "threats" [satirical cartoons insulting a Judge blocking my torts for 46-beaten-false-arrests] via THE MAIL; the purpose of a Judge is to be an IMPARTIAL referee who makes sure all sides OBEY the Bill OF Rights; purpose of a Prosecutor is to enforce the laws [theoretically!] and prove I broke a law; ETC, ETC. I CAN DRAW THIS: ☒ BLAH BLAH. I've passed DOZENS of Comp Evals! Most recent was AUG 2023!! I passed with a PERFECT SCORE. Ditto the prior one in 2020. NEVER ONCE was any of my Comp Evals LEGALLY JUSTIFIABLE! No basis to ever ask! I've BEATEN MORE ARRESTS THAN ANY HUMAN IN WORLD HISTORY!! ★@#%!! As my own atty, I'm scientifically the MOST COMPETENT defendant in US history!! ★@#%!!!!
THE SOLE REASON THEY (ALWAYS) REQUEST COMP EVALS [w/no grounds!] IS CUZ IT'S THE LAZIEST dirty trick to jail me LONGER THAN LEGALLY ALLOWED.... WITHOUT EVER HAVING PROBABLE CAUSE OR A SOLID CASE VS MY CLEARLY-1A-PROTECTED CARTOONS & JOURNALISM VS GIULIANI & OTHER GOLIATHS!! [They also prayed I'd take their Time Served offers so they could cover up the Absurd False Arrests. But I'll sit in jail forever, b/c this is PRINCIPLE. Plus I'm a writer & cartoonist etc. I could do my Graphic Novels while I get 3 hots & a cot.] ★ THEY NEVER ASKED FOR COMP EVALS FOR THE CO-WORKER WHO STABBED ME 8 TIMES NOR JAILED AT ALL! STABBING SOMEONE FOR NO REASON IS NOT GROUNDS FOR A COMP EVAL?!! BUT POLITICAL CARTOONS THAT HUMILIATE GOVERNORS/MAYORS/POLICE CHIEFS/DISHONEST JUDGES GETS ENDLESS COMP EVALS?? SEE HOW CHILDISH THEIR LIES ARE?!? EVERYONE KNOWS IT'S RETALIATION & REVENGE. Rudy Stalin 101. ★@#%!! In my NH 2020 FALSE ARREST for "insults which could cause a fight" [read: CARTOONS that EXPOSED THE GRIFT OF A LOCAL POLICE CHIEF] I PASSED A COMP EVAL [yet their own statutes & Ppl v. Golb say you can't do any evals on M-I-S-D-E-M-E-A-N-O-R-S!!].... SO THEY JUST ASKED FOR YET ANOTHER ONE! SUBTLE, RIGHT? (See Any Pattern yet?) ★@#%!! (PLUS) THEY USED THESE REPEATED EVALS TO JAIL ME OVER AND OVER AND OVER (w/o Due Process RIGHTS!! (or CONVICTIONS) and STOLE ALL MY MUSICAL INSTRUMENTS, DISCO-EXPLOSION VAN, etc etc etc! (REVENGE) PLUS, JUDGES HAVE IGNORED 4 SHRINK REPORTS AFTER EVALS.... WHEN IT DIDN'T FIT THEIR AGENDA. RUSE GALORE!

⑪ IN CASE YOU FEAR IT'S BAD POLITICS FOR YOU TO ENFORCE the Bill OF Rights AND GRANT my URGENT HABEAS VS BOSTON'S COURT...... IN FACT YOU'D BE SAVING THEM LIKE A DRUNK FRIEND WHOSE CAR KEYS YOU TOOK AWAY. Yes, your drunk friend will be ANGRY at first.... but when they sobered up.... THEY WILL THANK YOU FOR PROTECTING THEM FROM THEIR OWN HUBRIS. [I'm not like other defendants. I beat Goliaths EVERY TIME in the end, and FED-CHARGES-FOR-CARTOONS-IS ALREADY THIN ICE SUPREME — nevermind I'm semi-famous and the press are all watching my INSANE cases, even when the MSM brass block stories about my arrests (Guess W-H-Y).]
(Writing this w/ 3 dudes YELLING NON-STOP in my cell is nearly impossible, FYI. It's ILLEGAL to have jails w/ no Law Library!)
THE BOSTON JUDGES & U.S. ATTY LEVY WILL THANK YOU FOR MAKING THEM EXIT GIULIANI HIGHWAY. (It's a DEAD END.) (Google Giuliani!) (Or my 2001 book of NYC Rikers & TRIAL diaries & transcripts of Rudy & I arguing on WABC Radio! It's called 'Perverted Little Creep' — one of child Rudy's many insults of me on TV & Radio! Ha Ha.!)

⑫ HOW LEGALLY ACCURATE AM I ON THIS HABEAS? I PREVIOUSLY BEAT A LAWLESS JUDGE IN NYC VIA HABEAS! An HONEST Judge let me out in 3 DAYS. (My Public Pretender said I was WRONG & Habeas would fail! ★@#%!) (My Boston Public Pretender REFUSED to file a Habeas!! He was unable to GIVE A LEGAL REASON! ★@#%!! SCOTUS SAYS THAT'S A FED CRIME [more-serious-than-the-allegations-vs-ME!!] & INEFFECTIVE Counsel! He MUST obey his client, nevermind this is a PERFECT Habeas case and I've won Habeas relief previously!! ARGHH!!! I HEARD THE FEDS WERE MORE PROFESSIONAL THAN THE STATES..... BUT CLEARLY THAT'S FALSE, and this FIASCO is going to RUIN the credibility of the Boston Fed Court — even among its own STAFF! Clerks, Court Officers, & Marshals always read my cartoons (etc) & THINK I'M SUPER-TALENTED, SUPER-SMART, and a Brave Hero who takes on Bully Goliaths. NEVER do Judges or attys disprove my legal arguments.... confirming my legal ACCURACY — capiche? (ex) When I told Judge Dein she could SAVE loads of taxdollars by just asking me the Comp Eval questions herself.... in 5 minutes.... to SEE IF I'M FIT FOR TRIAL.... cuz SHE decides.... not the shrink, (see?).... WITH A STRAIGHT FACE SHE SAID SHE WAS "NOT QUALIFIED" TO DECIDE IF BIDEN IS POTUS (!!!), it was Dec 2023; what my charges are; what do Judges/DAs/Defense attys; How to COUNT BACK FROM 100 by groups of 7; if I drew a box CORRECTLY ☒; ETC!!! LET'S SEE YOU COME UP WITH A MORE IMMATURE LIE in history!! SEE HOW HYPER-GIULIANI THIS FIASCO IS?? These short-sighted mobsters are going to lose the WAR to try and win this dumb BATTLE. YOU COULD BE THE ADULT here. Plus, I'm a VIRTUOSO at this guerrilla sh*t. (ex) I show all jail staff & inmates MY COURT PAPERS ETC, TO HUMILIATE & EXPOSE THE BOSTON COURT & U.S. ATTY. With their own eyes, they SEE HOW CROOKED THE COURT IS & THEY & THEIR FRIENDS GOOGLE ME TO SEE MY WILD RESUME. JAILED FOR CARTOONS!!

⑬ OH YEAH: AMERICAN JAILS ARE LAWLESS & CONSISTENTLY VIOLATE U.S. & ICC/WORLD COURT LAWS ON MANY LEVELS, so Y'ALL ARE TORTURING ME & DOING CRIMES AGAINST HUMANITY! Ask for details.
IT'S TIME TO FIX AMERICA & STOP L.E.O. CORRUPTION. Thanks for understanding.    1/10/24
Wyatt Jail 950 HIGH ST, CENTRAL FALLS, R.I., 02863      Chris Xu Brodeur #91495-510

{ I.F.P. }
COPS STOLE ALL MY REMAINING VALUABLES & MY SS ID was cut off on Sept 1 and I have NO savings or assets! I CAN PAY NO FILING FEES, PLUS U ACTUALLY CAN'T EVEN CHARGE RICH AMERICANS FOR TRYING TO OBTAIN THEIR "GUARANTEED" RIGHTS!! NO WONDER THE WORLD SAYS OUR COURTS ARE HYPER CORRUPT!



★ SOME MORE PROOF THESE FED NAZIS THINK I BROKE NO LAWS [and-this-is-the-EXACT-same-Hitler-riffic-SHIT-then-Mayor-Giuliani-did-to-me-in-NYC-to-try-&-SILENCE-my-beloved-CARTOON-WHISTLE-BLOWING-cuz-they-can't-disprove-anything-I-report]... (ex) NOT ONLY IS THE DIRTY U.S. ATTY & JUDGE DEIN [who have super-illegal ties to their boss & pal & co-worker in the SAME bldg, aka MY "VICTIM"] GOING FULL-RUDY TO (BLOCK) MY SPEEDY TRIAL "GUARANTEES"..... (AND) MY GRAND JURY [will they illegally BLOCK ME from testifying?] .... GOLIATH IS (ALSO) SUSPENDING (indefinitely!) MY ★ PROBABLE CAUSE HEARING [cuz I can prove there's no (HINT) of a crime in the complaint (OR) Probable Cause & the Judge & Ass. US Atty will have NO ARTICULATE RE-BUTTAL & will look like total liars to Court Staff] (AND) ILLEGALLY BLOCKED MY ★ DETENTION (BAIL) HEARING! SUBTLE!! (THIS) IS (PRECISELY) WHAT THEY'D DO IF THEY THOUGHT THE CASE WAS PURE GIULIANI. SEE?

[FORGIVE TYPOS! BESIDES SLEEP DEPRIVATION, I'M IN A 4-MAN CELL WITH 3 GUYS WHO YELL LOUDLY & BLAST MUSIC NON-STOP AS I WRITE. They're 13 INCHES FROM MY HEAD. Sigh.]

[I CRUSHED Rudy in his own rigged courts every time, & Juries HAILED me in the NYC press as a "Hero" and "Very Smart, Very Honest, & Very Nice", etc. They even NULLIFIED A LAW when 1 dirty Rudy-appointed Judge tried to FORCE them to find me guilty! They UNANIMOUSLY overrode the dirty Judge and, the "law". HA HA. SEE W-H-Y Goliath BLOCKS my JURY TRIALS IN THE PAST 20 OR SO FALSE ARRESTS?? HA: Looney Giulliani the ex-U.S. ATTY went on TV & Radio & compared R this Jury to the OJ Jury.!! Toldya CXB-gate is crazier than MLK/Gandhi/Snowden/Assange/Mandela/etc COMBINED! [Did the OJ Jury call OJ a HERO and say he should RUN FOR OFFICE?] [One gal juror said "IF THERE WERE MORE PPL LIKE CXB IN 1933, HITLER WOULD NOT HAVE RISEN TO POWER." (She's RIGHT!) FAINT PRAISE, EH?] ★ WORSE: THE PROBATION COPS WERE FINE WITH RELEASING ME LAST WEEK (DEC 21) ON MY OWN RECOGNIZANCE..... AND NO GPS BRACELET..... (& I'd get to have Xmas!)..... WHICH MAKES THE CRIMINAL ACTIONS OF JUDGE DEIN & U.S. ATTY LEVY EVEN MORE DESPICABLE... SEE? [They super-lied to SUSPEND & PREVENT (ANY) DETENTION/BAIL HEARING for months or years! SUBTLE! More on this in a moment.] ★ I ALWAYS CALL "READY FOR MY SPEEDY TRIAL" THE (FIRST) TIME I SEE A JUDGE..... TO MAKE THEIR NAZI CRIMES LOOK EVEN SHADIER. IF I WERE GUILTY...... (OR) THE U.S. ATTY WAS (SINCERE) IN THEIR BELIEF THAT I BROKE ANY LAW..... THEY'D WANT MY SPEEDY TRIAL NEXT WEEK OR WITHIN THE MONTH! [And I'd be the one stalling & stalling, duh!] ★ IT'S A (SIMPLE CASE) — 2 DAY JURY TRIAL AT MOST! — 2 CHARGES FOR CARTOON "THREATS" ha ha — (and) ★ BOSTON'S FED COURT SITS EMPTY 80% OF THE TIME [cuz it's another JOB PROTECTION RACKET of hyper-EMBEZZLEMENT!] [Go look and see how much "work" the too-many Make-Work Judges do! Like KKKOPS & DAs, we could fire 80% and see NO difference of any kind. HAMPTON BEACH has little crime. So W-H-Y does it NEED 3 POLICE DEPTS? OR 2? (A:) CUZ YOU GAVE THESE MOBSTERS LITERAL BLANK CHECKS TO HIRE THEIR ENTIRE FAMILIES AT HUGE SALARIES & O/T & PENSIONS WITH ZERO OVERSIGHT. 3 PDs sexually assaulting or harassing drunk teen girls in bikinis! DAY & NIGHT! DOES NH NEED 300 POLICE CHIEFS WHO DO NO WORK BUT GET A FREE CAR & GAS 24/7 & ARE PAID $200K A YEAR? DITTO SHERIFFS, MARSHALS, etc etc. NOPE! NH SHOULD HAVE ONE POLICE DEPT WITH ONE CHIEF: The State Police. This solves umpteen problems and REDUNDANCY and Cop-Ruption and JURISDICTION B.S. etc! AFD. (THIS) IS WHY KOPS CUT MY WI-FI, OR ORDER SOCIAL MEDIA TO SUPER-BAN ME, OR JAIL ME FALSELY 51 times & counting. TAXPAYERS WANT ME TO CUT THEIR TAXES 50-75%. AND I CAN! [Reportedly, NH closed my usual courthouse in Candia cuz its a TOTAL WASTE!] [Minnesota CLOSED 15 bogus PDs in recent years!] [NYPD is only 1 of several PDs in NYC & their ANNUAL budget is $6 BILLION! They don't solve 80% of reported crime or 50% of murders!]

HOW FAKE ARE THE 2 FED FELONIES I'M CHARGED WITH FOR (CARTOON "THREATS")??
LET'S COUNT JUST (SOME) OF THE (MANY) WAYS! (ex) I CRUSH THEM VIA 1A..... ON 5 OBVIOUS FREE SPEECH LEVELS:

① REGULAR, ORDINARY FREE SPEECH..... CUZ THE FUGITIVE FOUNDING FATHERS KNEW KKKOPS & POLS & JUDGES & D.A.s WOULD (ALWAYS) JAIL THEIR CRITICS TO SILENCE THEM.

② SCROTUS SAYS SATIRE HAS MASSIVE EXTRA PROTECTION OVER REGULAR FREE SPEECH..... CUZ MOCKERY IS A HELLUVA WEAPON! [If the pen is mightier than the sword.... then my cartoons are an H-Bomb vs their meathead swords! Google BOSS TWEED. OR HOW ENGLAND BANNED CHAPLIN'S "The Great Dictator"!]

③ A) MY HISTORY AS A PROFESSIONAL JOURNALIST/CARTOONIST (ex) Taibbi & I worked for the same paper in NYC but he's a poser] = FREEDOM OF THE PRESS; B) THE FED COURTS ALL SAY MY UNPAID WORK IS "CITIZENS' JOURNALISM", so GAMEOVER. C) (ADD) TO THIS MY CARTOONS ARE ALSO ON THE (OUTSIDE) OF THE ENVELOPES TO CROOKED JUDGE BARRON (AND) MY CARTOON POST-CARD MOTIONS [so Jail staff, mailmen, court staff, et al can also read my shocking factoids, like 27-ish arrests dumped by D.A.s on DAY OF TRIAL] AND YOU HAVE SUPER-GAME-OVER.

④ 1A's "RIGHT TO PETITION THE GOVT (aka harangue, pester, etc) FOR A REDRESS OF GRIEVANCES", ALONE, ENDS THIS FAKE ARREST! (ex) I WASN'T WRITING BARRON FOR THE HECK OF IT! THE NH & MA FED DISTRICT COURTS & HIS APPEALS COURTS ARE LAWLESS & PROVABLY UNCONSTITUTIONAL AND HE IS SUPPOSED TO BE THE ADULT IN CHARGE, BUT OF COURSE HE'S RUDY, BLACKOUT BRETT KAV, & SEX CRIMINAL GRIFTER CLARENCE ROLLED INTO 1. THE CROOKED POLS CAN'T APPOINT SMART OR HONEST JUDGES.... CUZ THEY'D BE A THREAT TO THEIR UNLAWFUL MOBSTER STATUS QUO! Plus, NO JUDGE CAN HAVE ANY TIES TO THE EXEC OR LEGIS-LATIVE BRANCHES! THAT CANCELS THE WHOLE CHECKS & BALANCES CONCEIT! DUH! JUDGES MUST BE TOTALLY INDEPENDENT & IMPARTIAL..... REMEMBER??

⑤ SCROTUS (& OTHERS) HAVE A "....WHICH SERVES A LEGITIMATE PURPOSE" CAVEAT IN STATUTES & CASE LAW. YOU ALL HAVE A RIGHT TO SLAM OR INSULT OR PESTER PUBLIC SERVANTS (VS PRIVATE CITIZENS) EVEN FOR (NO) LEGIT PURPOSE...... BUT MY CARTOONS ALL SERVE SUPER-LEGIT-PURPOSES..... GIVING THEM EVEN MORE CONSTITUTIONAL PROTECTION. CAPICHE? AFD.

(NOW) ARE YOU SEEING WHY NO JUDGE/COP/ATTY WILL EVER ARGUE L-A-W VS ME? OR TAKE ME ON AT SPEEDY (or slow) TRIAL? WILL I GET TO TESTIFY TO THE GRAND JURY? WHY DIDN'T THEY JAIL RUDY OR HUNTER OR TRUMP OR THE SACKLERS (BEFORE) THEIR G.J.s? OR AFTER!! MOBSTER 101.

FUN FACT! CROOKED CHIEF JUDGE BARRON KNOWS I WAS GOING TO FLOOD HARVARD WITH CARTOON FLYERS ABOUT HIS SEX CRIMES & HIS WAR CRIMES! HE KNOWS THE STUDENTS WOULD ENSURE BARRON LOSES HIS PROFESSORSHIP THERE. THAT'S WHY I'M IN JAIL.

★ THE DIRTY U.S. ATTY SUSPENDED MY G.J. & SPEEDY TRIAL BY ASKING FOR A LEGALLY UNJUSTIFIED/COMPETENCY EVAL [THE LAZIEST GIULIANI TRICK, TO JAIL ME FOR MONTHS [FOR A 1-HOUR EVAL I GOT A PERFECT SCORE ON 30 PRIOR TIMES] [WITH NO NEED TO EVER PROVE A SHRED OF THEIR CASE!! ★ C. Evals are a DEFENSE RUSE! NEVER DO PROSECUTORS SAY "WE THINK THE PERP MAY BE INNOCENT CUZ HE'S UNFIT FOR TRIAL" — EVEN WHEN IT'S A MANSON OR DAHMER OR MASS SHOOTER OR TOTAL NUTJOB!! ★ I GOT A PERFECT SCORE ON A C.EVAL IN AUG 2023!! ★ NO HUMAN THINKS "I FORGOT" WHO IS POTUS; WHAT YEAR IS IT; WHAT DOES A JUDGE DO; WHAT ARE YOUR CHARGES; DRAW A ▢; ETC!! SEE HOW FAKE THIS ILLEGAL STALLING TACTIC IS?!! I REMINDED SLEAZY JUDGE DEIN WE CAN DO THE EVAL WHILE I'M OUT OF JAIL, DUH! (AS NYC did a few times to me.) SHE HAD NO REBUTTAL. ★ I REMINDED SLEAZY DEIN THAT — SINCE SHE (NOT ANY EXPENSIVE SHRINK) DECIDES IF I'M FIT — SHE COULD OBEY LAW & SAVE TAXDOLLARS BY TAKING 5 MINUTES TO ASK ME THE EXACT SAME EVAL QUESTIONS (as a few honest NYC JUDGES did) (cuz THEY KNEW IT WAS A STALL TACTIC). THE NUTJOB SAID SHE WASN'T "QUAL-IFIED" TO KNOW IF I GUESSED THE CORRECT YEAR/POTUS/CHARGES/▢/ETC! HA HA. SHE SAID SHE'S INCOMPETENT! ASK THE U.S. ATTY IF I'M LYING ABOUT THIS. ★ 1000+ JAN 6 DEFENDANTS SAY TRUMP IS POTUS!! ASK THE DOJ WHY U.S. ATTYs DIDN'T ASK FOR EVALS FOR ALL OF THEM! OR FIND THEM UN-FIT & DROP ALL THE CHARGES!! SEE THE ENDLESS LIES BY THESE 'GIULIANIS'?/ ★ THEY WOULD DO NONE OF THIS IF THEY FELT I BROKE A LAW! BUT WOULD IF THIS WERE MORE REVENGE VS A WHISTLE-BLOWER!! HELP! They may fly me to N. Carolina for the BOGUS EVAL!!!