# The United States District Court
## For the District of Rhode Island

United States Of America

Case No 1:23-cv-214-MSM-LDA

v

Judge Mary S.McElroy
Magistrate Judge Lincoln D.Almond

Nellie Makarova Cross

## NOTICE OF DEPOSITION

To; David A.Hubbert
Deputy Assistant Attorney General
Tax Division
U.S.Department of Justice
POB 55
Washington, D.C. 20044

You are hereby notified that pursuant to Super Court R.Civ.P.26 and RI Dist.R.Civ.P.30 the deposition of the Plaintiff will be taken on February 20, 2024 by remote electronic means online at 4 p.m.Zoom Meeting ID 833 1684 8126, Passcode QnPk54. The production of offshore bank statements in compliance with the Rule 34 is requested.

Please take Notice that at the deposition in accordance with Rule 30 of RI Dist.R.Civ.P.(5) the Defendant intends to take oral Deposition.

Respectfully,

Nellie Makarova Cross